In the Matter of MACKENZI L. and Another, Infants. GENESEE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; MICHAEL L., Appellant. (Appeal No. 2.) [755 NYS2d 674]

—Appeal from an order of Family Court, Genesee County (Graney, J.), entered April 3, 2000, which, inter alia, adjudicated the children abused.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Matter of Amanda L.* (302 AD2d 1004 [2003]). Present—Green, J.P., Wisner, Scudder, Kehoe and Gorski, JJ.